UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Accurate Engineering Services, Inc.

Debtor.

Chapter 7
Case No. 11-18508-JNF

## STATUS REPORT

Joseph G. Butler, as chapter 7 trustee (the "Trustee") of the estate of Accurate Engineering Services, Inc. (the "Debtor"), submits this status report pursuant to the Court's January 20, 2015, notice of inactivity.

1. On September 6, 2011, (the "Petition Date"), the Debtor filed a voluntary petition seeking relief under chapter 11 of the United States Bankruptcy Code (11 U.S.C. §§101, et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts (the "Court").

2. On October 18, 2011, Joseph G. Butler was appointed as the chapter 11 Trustee.

3. On February 22, 2012, the case was converted to a case under chapter 7.

4. On February 22, 2012, Joseph G. Butler was appointed as the Chapter 7 trustee.

5. The Trustee has liquidated two parcels of real property owned by the Debtor.

6. The Estate has, pursuant to orders of the Court, paid certain secured and administrative claims from the proceeds of the sales and currently has the sum of $84,730.26 on deposit.

7. The Trustee is filing, today, an objection to the claim filed by the City of Franklin, New Hampshire.

8. On December 6, 2011, the Debtor filed an objection (docket entry no. 66) to the claim filed by the Internal Revenue Service (claim no. 3). On February 15, 2012, an evidentiary

hearing on the objection to the claim was commenced and, at the conclusion of the day, the hearing was suspended.

9. On March 7, 2012, the Trustee filed an application to employ Verdolino & Lowey, P.C. as his accountants, in part to assist the Trustee in preparing and filing tax returns for the estate. The application was granted on March 7, 2012.

10. The preparation of the Estate's tax returns is difficult because the Debtor filed no tax returns after returns for the year 2000 and had, at the time of the filing of the case, essentially no financial records.

11. The Trustee estimates that the objections to claims (both his objection to the claim of the City of Franklin and the Debtor's objection to the claim of the Internal Revenue Service) will be resolved and the estate tax returns filed within 60 days, which will enable the Trustee to file a TFR immediately thereafter.

February 20, 2015        /s/ Joseph G. Butler
                         Joseph G. Butler, As Chapter 7 Trustee of
                         Accurate Engineering, Inc.
                         c/o Law Office of Joseph G. Butler
                         355 Providence Highway
                         Westwood, MA 02090
                         781 636 3638
                         JGB@JGButlerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br><br>Accurate Engineering Services, Inc.<br><br>Debtor. | Chapter 7<br>Case No. 11-18508-JNF |
|---|---|

### CERTIFICATE OF SERVICE

I, Joseph G. Butler, do hereby certify that on February 20, 2015, I served the Status Report of Chapter 7 Trustee on the persons on the attached service list via the Court's electronic filing system.

Signed under the penalties of perjury, February 20, 2015.

/s/ Joseph G. Butler
Joseph G. Butler

Service List
Accurate Engineering Services, Inc.
Chapter 7, Case No. 11-18508-JNF

Via ECF

- Paula R.C. Bachtell    paula.bachtell@usdoj.gov
- Ann Brennan    annbrennanlaw@yahoo.com, ann@annbrennanlaw.com
- Joseph G. Butler    JGButlerlaw@gmail.com, JGB@JGButlerlaw.com
- Joseph G. Butler    JGBBarron@yahoo.com, MA41@ecfcbis.com
- Jeffrey J. Cymrot    jcymrot@sassooncymrot.com, atodrin@sassooncymrot.com
- Michael B. Feinman    mbf@feinmanlaw.com, kmk@feinmanlaw.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Gary M. Hogan    ghogan@grcpc.com, asmyrnios@grcpc.com
- John Houton    John.Houton@cityofboston.gov
- Andrea Kafka    andrea.kafka@usdoj.gov
- Steffani Pelton Nicholson    pelton@mandkllp.com